812 A.2d 1225

Robert RANDOLPH, Appellant,

v.

PENNSYLVANIA SUPERIOR COURT, Appellee.

No. 131 MAP 2002.

Supreme Court of Pennsylvania.

Dec. 23, 2002.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of December, 2002, probable jurisdiction is noted and the order appealed is affirmed.